```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

GAIL PONDER,                        )
                                    )
            Plaintiff,              )
                                    )
       v.                           )    No. 4:05CV2216(SNL)
                                    )
FULL SPECTRUM LENDING, et al,       )
                                    )
            Defendants.             )
```

## ORDER

This matter is before the Court upon the application of Gail Ponder for leave to commence this action without payment of the required filing fee [Doc. #6]. Also before the Court is Ponder's request for service of process [Doc. #5]. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee. Therefore, her motion to proceed in forma pauperis [Doc. #6] will be granted. Pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the Court is required to appoint the United States marshal, deputy United States marshal or other person or officer specially appointed to serve summons and complaint.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #6] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk receive and file the complaint in this action without payment of the required filing fee. See 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** that plaintiff's request for service of process [Doc. #5] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 29th day of November, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**